

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-13-00708-CV

STAGE STORES, INC., Appellant

V.

JON GUNNERSON, Appellee

Appeal from the 61st District Court of Harris County.  (Tr. Ct. No. 2013-21878).

**TO THE 61ST DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 8th day of October 2015, the case upon appeal to revise or to reverse your judgment was determined.  This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on August 12, 2013.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the trial court's judgment.  Accordingly, the Court **reverses** the trial court's judgment and **remands** the case to the trial court to remand the matter to the arbitrator with instructions to provide some reasoning for Stage Store, Inc.'s notice and cure defense.
>
> The Court orders that the appellee, Jon Gunnerson, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered October 8, 2015.

Panel consists of Justices Keyes, Higley, and Brown. Opinion delivered by Justice Higley. Justice Brown, joining the majority and concurring in the judgment. Justice Keyes, dissenting from the judgment.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

December 23, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

